Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for ONYX ENTERPRISES INTERNATIONAL CORP.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

ALEJANDRO CORRAL,

      Debtor.

Case No.:   BK-S-17-11765-ABL
Chapter 11

**EX PARTE APPLICATION FOR ORDER REQUIRING ALEJANDRO CORRAL TO APPEAR FOR RULE 2004(a) EXAMINATION**

[No Hearing Requested]

      Onyx Enterprises International Corp., creditor in the above-captioned chapter 11 case, by and through its undersigned counsel, Chad C. Butterfield, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, applies pursuant to Bankruptcy Rule 2004(a) for an Order directing Alejandro Corral to appear on December 18, 2017 at 9:00 a.m. at Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 300 South Fourth Street, 11th Floor, Las Vegas, Nevada, for examination before a notary public or some other person authorized to administer oaths in relation to the following:

      Acts, conduct or property of the purported debtor Regency Global Solutions, Inc. d/b/a Precharge Risk Management Solutions ("Regency"), or to any matter which may affect the administration of the debtor's estate, or its right to discharge.

      Acts, conduct, or property of the debtor that relate to the liabilities and financial condition of Regency, including but not limited to:

- The names and addresses of all stockholders, officers and directors.
- If Regency is a partnership, the names and addresses of all partners.

1

1231047V.1

- If Regency is a limited partnership, the names and addresses of all general partners.
- If Regency is a limited liability company, the names and addresses of all members and managers.
- All businesses in which the principals of Regency have an interest, including the nature of any such interest.
- All bank accounts of Regency, including the name of the bank, the address, the account number, and the name in which the account is held.
- Real estate owned by Regency, including: (a) name(s) in which property is owned; (b) address of property; (c) date the property was purchased; (d) purchase price; (e) name and address of mortgage holder; (f) balance due on mortgage; and (g) the name and addresses of all tenants and monthly rentals paid by each tenant.
- All motor vehicles owned by Regency.
- All accounts receivable due to Regency, including the name, address and amount due on each receivable.
- Collection agencies Regency has contracted with from January 1, 2014 to the present.
- All transfers of business assets that occurred within six months prior to the bankruptcy filing, including: (a) the nature of the asset; (b) the date of the transfer; (c) the name and address of the person and/or entity to whom the asset was transferred; (d) the consideration paid for the asset and the form in which it was paid; and (e) what happened to the consideration paid for the asset.
- If Regency is alleged to be no longer active: (a) the date of cessation; (b) all assets as of the date of cessation; (c) the present location of those assets; (d) if the assets were sold or transferred.
- Judgments entered against Regency, including: (a) creditor's name; (b) creditor's attorney; (c) amount due; (d) name of court; and (e) docket number or case number.
- For all litigation in which Regency is presently involved: (a) the date litigation commenced; (b) name of party who started the litigation; (c) nature of the action; names of all parties and the names, addresses and telephone numbers of their attorneys; (e) trial date; (f) status of case; and (g) name of the court and docket number.

/ / /

/ / /

/ / /

/ / /

/ / /

1231047V.1

- For all litigation in which Regency is presently involved: (a) the date litigation commenced; (b) name of party who started the litigation; (c) nature of the action; names of all parties and the names, addresses and telephone numbers of their attorneys; (e) trial date; (f) status of case; and (g) name of the court and docket number.

Submitted on November 30, 2017 by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for ONYX ENTERPRISES INTERNATIONAL CORP.*

3

1231047V.1

## CERTIFICATE OF SERVICE

I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 30th day of November 2017, I served a true and correct copy of the foregoing **EX PARTE APPLICATION FOR ORDER REQUIRING ALEJANDRO CORRAL TO APPEAR FOR RULE 2004(a) EXAMINATION** as follows:

☒      by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada to:

Alejandro Corral
3172 North Rainbow Blvd. #1134
Las Vegas, NV 89108

☒      via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐      via hand-delivery to the addressees listed below;

☐      via facsimile;

☐      by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

BY _/s/ Naomi E. Sudranski_____
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

4

1231047V.1